# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK SEVILLA, *individually and on behalf of all those similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>TRINITY FINANCIAL SYSTEMS, INC.,<br><br>Defendant. | Case No. 1:26-cv-06956-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT REGARDING READINESS FOR INITIAL SCHEDULING CONFERENCE<br><br>**DEADLINE: NOVEMBER 13, 2026** |

On August 31, 2026, Plaintiff commenced this action. (ECF No. 1.) The initial scheduling conference is scheduled for December 10, 2026. (ECF No. 3.) The Court will generally not hold an initial scheduling conference if one or more defendants have not appeared and answered. Plaintiff has filed a summons returned executed indicating that Defendant was served on September 10, 2026, meaning its answer was due on October 1, 2026. However, at this time, Defendant has not appeared nor answered.

/ / /

/ / /

/ / /

/ / /

/ / /

Therefore, IT IS HEREBY ORDERED that **on or before November 13, 2026**, Plaintiff shall file a status report indicating whether Plaintiff is prepared to hold the scheduling conference; whether the scheduling conference should be continued to allow for the defendant to appear in this action; and/or whether Plaintiff intends to move for an entry of default.

IT IS SO ORDERED.

Dated: **November 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge