# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK SEVILLA, *individually and on behalf of all those similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>TRINITY FINANCIAL SYSTEMS, INC.,<br><br>Defendant. | Case No. 1:26-cv-06956-SAB<br><br>ORDER VACATING DECEMBER 10, 2026 SCHEDULING CONFERENCE AND REQUIRING PLAINTIFF TO FILE A MOTION FOR DEFAULT JUDGMENT<br><br>**FORTY-FIVE-DAY DEADLINE** |

Plaintiff commenced this action on August 31, 2026. (ECF No. 1.) On November 13, 2026, the Clerk of the Court filed an entry of default against Defendant Trinity Financial Systems, Inc. (ECF No. 8.) The scheduling conference in this matter is currently set for December 10, 2026. (ECF No. 3.)

Pursuant to Federal Rules of Civil Procedure 55, obtaining a default judgment is a two-step process. Yue v. Storage Technology Corp., No. 3:07-cv-05850, 2008 WL 361142, *2 (N.D. Cal. Feb. 11, 2008). Entry of default is appropriate as to any party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and where that fact is made to appear by affidavit or otherwise. Fed. R. Civ. P. 55(a). After entry of default, a plaintiff can seek entry of default judgment. Fed. R. Civ. P. 55(b)(1) and (2). "Default judgments are generally disfavored, and whenever it is reasonably

possible, cases should be decided upon their merits." In re Hammer, 940 F.2d 524, 525 (9th Cir. 1991) (cleaned up).

As Defendant Trinity Financial Systems, Inc. is in default in this matter, the Court will vacate the initial scheduling conference and set a deadline for a motion for default judgment to be filed.

Accordingly, IT IS HEREBY ORDERED that:

1. Within **forty-five (45) days** from the date of service of this order, Plaintiff shall file a motion for default judgment;
2. The initial scheduling conference set for December 10, 2026, is VACATED; and
3. Plaintiff is advised that the failure to comply with this order shall result in a recommendation that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: **November 16, 2026**

STANLEY A. BOONE
United States Magistrate Judge